IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SEMAJ WORRELL,<br><br>                Plaintiff,<br>    v.<br><br>TRUE FOOD KITCHEN,<br><br>                Defendant. | CIVIL ACTION<br><br>NO. 21-4458 |

## ORDER

**AND NOW**, this 13th day of April 2022, upon consideration of the Joint Stipulation to Dismiss and to Compel Arbitration (ECF No. 6), **IT IS HEREBY ORDERED AND DECREED** that the Stipulation is **GRANTED** and the above action is **DISMISSED WITH PREJUDICE**, pursuant to the Federal Arbitration Act, 9 U.S.C. § 4.

    **IT IS FURTHER ORDERED** that the initial Stipulation (ECF No. 5) is **DENIED AS MOOT**.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, U.S.D.J.**